Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RIO GRANDE PAINTING, INC.<br><br>Defendant. | Case No.: C07-2376 MMC<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable M. Chesney |

The parties to the above-entitled action jointly request that the upcoming Case Management Conference, scheduled for Friday, August 17, 2007 at 10:30 a.m., be continued.

This matter is close to settlement. A Judgment Pursuant to Stipulation has been negotiated and prepared and should be filed with this Court by early next week (the week of the 20th of August) at the very latest. As this matter is almost resolved, there are no "case management" issues to be discussed at this time.

-1-
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
Case No.: C07-2376 MMC

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\C07-2376 MMC - Request for Continuance 081507.DOC

The parties therefore request that the Case Management Conference be continued to allow finalization and filing of the Judgment Pursuant to Stipulation, as attendance at the conference will only increase the attorney's fees and costs incurred in this matter.

Respectfully submitted,

Dated: August 15, 2007　　　　SALTZMAN & JOHNSON LAW CORPORATION


_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

## ORDER

Good cause appearing, the Case Management Conference scheduled for August 17, 2007 at 10:30 a.m. is hereby CONTINUED to September 28, 2007. A Joint Case Management Statement shall be filed no later than September 21, 2007.

Dated: August 16, 2007

_____
THE HONORABLE MAXINE M. CHESNEY

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
Case No.: C07-2376 MMC

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\C07-2376 MMC - Request for Continuance 081507.DOC