**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | No. C 07-2376 MMC |
| Plaintiffs, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' REQUEST FOR AMENDED WRIT OF EXECUTION** |
| v. | |
| RIO GRANDE PAINTING, INC., et al., | |
| Defendants | |

Pursuant to Civil Local Rule 72-1, plaintiffs' "Request for Amended Writ of Execution," filed October 24, 2007, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: October 25, 2007

MAXINE M. CHESNEY
United States District Judge