IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,

    Plaintiff(s),

vs.

RIO GRANDE PAINTING, INC., et al.,

    Defendant(s).

No. C 07-2376 MEJ

**NOTICE OF REFERRAL**

This matter has been referred to the undersigned to determine Plaintiffs' Request for Amended Writ of Execution, filed October 24, 2007. (Doc. #28.) Based on the Reply Declaration of Michele R. Stafford, Paragraph 11, (Doc. 32.), the Court is hopeful that the parties may be able to resolve this matter informally, thereby maintaining the spirit of the stipulated judgment. Accordingly, the Court requests that the parties meet and confer in person to determine whether they can reach an agreement. The parties shall file a joint status report after the in-person meet and confer session.

**IT IS SO ORDERED.**

Dated: October 31, 2007

                              MARIA-ELENA JAMES
                              United States Magistrate Judge