Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RIO GRANDE PAINTING, INC.<br><br>Defendant. | Case No.: C07-2376 MMC<br><br>**WITHDRAWAL OF REQUESTS FOR ISSUANCE OF WRITS OF EXECUTION; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**<br>AND ORDER THEREON |

I, Michele R. Stafford, declare as follows:

1.  I am the attorney of record for plaintiffs herein.

2.  On August 27, 2007, within ten years past, a Judgment Pursuant to Stipulation (hereinafter "Judgment") was entered in favor of plaintiffs and against defendants in the total amount of $138,797.95, plus interest at the rate of seven percent (7%) per annum until paid, plus attorneys fee and costs.

3.  Defendants defaulted under the terms of the Judgment by not remaining current in contributions. This default occurred on or about September 19, 2007. Plaintiffs requested issuance

of a Writ of Execution, and a Writ was issued on September 25, 2007. Plaintiffs did not execute on the Writ as the default was subsequently cured.

    4.    Defendant defaulted a second time. Plaintiffs thereafter filed a Request for an Amended Writ of Execution with this Court. This Request is still pending.

    5.    This matter was resolved between the parties, therefore plaintiffs request that the original Writ which was issued on September 25, 2007 and the Request for an Amended Writ which is still pending be withdrawn.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Dated: February 28, 2008        SALTZMAN & JOHNSON LAW CORPORATION

                                                            /s/
                                     Michele R. Stafford
                                     Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, the original Writ issued on September 25, 2007 and the subsequent Request for an Amended Writ filed by Plaintiffs herein are hereby withdrawn.

Dated: February 29, 2008                    
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE