Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RIO GRANDE PAINTING, INC.<br><br>Defendant. | Case No.: C07-2376 MMC<br><br>**AMENDMENT TO JUDGMENT PURSUANT TO STIPULATION** |

1. A Judgment Pursuant to Stipulation ("Stipulated Judgment") in this action was filed August 27, 2007, in the total amount of $138,797.95, providing for specified payments to be made by Defendant to Plaintiffs. Plaintiffs agreed to allow a conditional total of $121,512.67 to be paid in full satisfaction of the Judgment. Defendant has made payments totaling $12,160.00 including $3,149.62 in interest on the declining balance of the conditional total, and $9,010.38 in principal, reducing that judgment to $129,787.57, and reducing the conditional principal balance to $112,502.29.

Plaintiffs have completed an audit of Defendant's payroll records, finding additional amounts due to Plaintiffs.

2. In accordance with paragraph 11 of the Stipulated Judgment, the parties herein agree to amend that Judgment to include the amounts found due on audit, together with attorneys fees and costs incurred to compel the audit, as follows:

| Underpayments on audit | $70,215.55 | |
|---|---|---|
| Liquidated damages | $7,021.55 | |
| Audit Fees | $4,711.00 | |
| | | $81,948.10 |
| Attorneys fees (8/21/07-1/9/08) | | $4,012.00 |
| Judgment balance | | $129,787.57 |
| **Total Due** | | **$215,747.67** |

3. In consideration of this "Amendment to Judgment," Plaintiffs agree to unconditionally waive the $7,021.55 in liquidated damages incurred pursuant to the audit findings. This Amendment to Judgment is therefore in the amount of $208,726.12. Plaintiffs shall *conditionally* waive $17,285.28 as provided in the Stipulated Judgment, conditioned on timely compliance with all of the terms of the Stipulated Judgment and this Amendment to Judgment.

4. Paragraph 3 of the Stipulated Judgment shall be deleted and replaced as follows:

*Defendant shall **conditionally** pay the amount of **$191,440.84** in full satisfaction of this Judgment, conditioned on timely compliance with all of the terms of this Stipulation as follows:*

*(a) Beginning on February 20, 2008, and continuing on or before the 20th of every month thereafter (through August 20, 2008), defendant shall pay to plaintiffs **$2,015.00** per month.*

*(b) Thereafter, beginning on September 20, 2008 and continuing on or before the 20th of every month thereafter for a period of 10 months (through June 20, 2009), defendant shall pay to plaintiffs **$6,000.00** per month.*

(c) *Prior to the submission of Defendant's first billing on its Panko Construction project, scheduled to begin in July 2008, and on its Lathrop Construction project scheduled to begin in September 2008, the parties shall meet and confer, and execute Joint Check Agreements, copies of which are attached hereto. Defendant shall submit those Agreements to Panko and Lathrop for authorized signatures and provide them promptly and fully executed to Plaintiffs.*

(d) *On or before July 20, 2009, defendant shall pay the remainder due under the Amended Judgment, in one lump sum payment. Prior to this payment being due, Plaintiffs will confirm, in writing, the amount of this final payment.*

5. Paragraph 8(a) of the Stipulated Judgment shall be deleted and replaced as follows:

(a) *The entire balance of $208,726.12 plus interest, reduced by principal payments received by Plaintiffs, or any other reductions as set forth in this Agreement, but increased by any unpaid contributions then due, plus 10% liquidated damages and 7% per annum interest thereon as provided in above paragraph 5 shall be immediately due, together with any additional attorneys' fees and costs under section (d) below.*

6. All other terms and conditions stipulated in the Judgment entered August 27, 2007 shall remain in full force and effect.

7. Upon entry of this Amendment to Judgment, Plaintiffs shall dismiss the pending action C07-5442 MMC.

Dated: February 26, 2008                     **RIO GRANDE PAINTING, INC.**

By: _____
Clemente Limon, CEO/President

///
///
///
///
///

AMENDMENT TO JUDGMENT PURSUANT TO STIPULATION
CASE NO.: C07-2376 MMC

Dated: February 26, 2008

**CLEMENTE LIMON**

_(signature)_
Personal Guarantor

Dated: February 26, 2008

**SALTZMAN & JOHNSON
LAW CORPORATION**

By: _(signature)_
Michele R. Stafford
Attorneys for Plaintiffs

**APPROVED AS TO FORM:**

Dated: January ____, 2008

**CREECH, LIEBOW & KRAUS**

By: _____
Ed Kraus
Attorneys for Defendants

**IT IS SO ORDERED**

Dated: _____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

AMENDMENT TO JUDGMENT PURSUANT TO STIPULATION
CASE NO.: C07-2376 MMC

| | | |
|---|---|---|
| Dated: February ___, 2008 | | **CLEMENTE LIMON** |
| | | _____ |
| | | Personal Guarantor |
| Dated: February ___, 2008 | | **SALTZMAN & JOHNSON LAW CORPORATION** |
| | By: | _____ |
| | | Michele R. Stafford |
| | | Attorneys for Plaintiffs |

**APPROVED AS TO FORM:**

Dated: ~~January~~ February 28, 2008           **CREECH, LIEBOW & KRAUS**

By: *[signature]*
Ed Kraus
Attorneys for Defendants

**IT IS SO ORDERED**

Dated: February 29, 2008        *[signature: Maxine M. Chesney]*
UNITED STATES DISTRICT COURT JUDGE

AMENDMENT TO JUDGMENT PURSUANT TO STIPULATION
CASE NO.: C07-2376 MMC